**Order entered February 13, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01432-CR

**CARMEN VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-12-15353**

## ORDER

Appellant was convicted of the Class C misdemeanor offense of contributing to her child's non-attendance at school. *See* TEX. EDUC. CODE ANN. § 25.093 (West 2012). Appellant, who is representing herself in the appeal, has not filed a brief, nor has she communicated with the Court regarding the appeal.

Accordingly, we **ORDER** appellant to file her brief within **THIRTY DAYS** of the date of this order. If appellant's brief is not filed within the time specified, we will, without further notice, submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4); *Lott v. State*, 874 S.W.2d 687 (Tex. Crim. App. 1994).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to

Carmen Vaughn and to the Dallas County District Attorney's Office.


                                        /s/      LANA MYERS
                                                 JUSTICE